# UNITED STATES COURT

## WESTERN DISTRICT COURT OF WASHINGTON

### SEATTLE

| | |
|---|---|
| WON YONG HA and MONICA YOUNG HA | **CASE NO**. 2:19-cv-00492-RAJ |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| US BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUE WATER INVESTMENT TRUST AND SELENE FINANCE LP AND FORECLOSURE TRUSTEE, MICHELLE R. GHIDOTTI, ESQ. | |
| Defendant. | |

**TO: CLERK OF THE ABOVE-ENTITLED COURT**

**AND TO: WON YONG HA AND MONICA YOUNG HA, PLAINITFFS IN PRO PER**

**YOU ARE HEREBY NOTIFIED** that KRISTIN A. ZILBERSTEIN of GHIDOTTI | BERGER LLP is the attorney for Defendants US BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUE WATER INVESTMENT TRUST; SELENE FINANCE LP; and MICHELLE R. GHIDOTTI, ESQ in the above case. All copies of pleadings or other papers in said action, except original process may

NOTICE OF APPEARANCE - 1

Ghidotti | Berger LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705

be served upon the said attorney at her office located at 1920 Old Tustin Avenue, Santa Ana, CA 92705.

Date: May 13, 2019

By: _____
Kristin A. Zilberstein, WSBA #47798
kzilberstein@ghidottiberger.com
**Ghidotti | Berger LLP**
1920 Old Tustin Avenue
Santa Ana, CA 92705
Telephone: (949) 427-2010
Facsimile: (949) 427-2732

*Attorney for Defendants,* US BANK NATIONAL
ASSOCIATION, NOT INDIVIDUALLY BUT
SOLELY AS TRUSTEE FOR BLUE WATER
INVESTMENT TRUST; SELENE FINANCE LPL
AND MICHELLE GHIDOTTI

NOTICE OF APPEARANCE - 2

**PROOF OF SERVICE**
*Won Yong Ha, et al. v. US Bank National Association, et al.*
*Case No.: 2:19-cv-00492-RAJ*

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1920 Old Tustin Avenue, Santa Ana, CA 92705.

On May 14, 2019, I served the foregoing document described as **NOTICE OF APPEARANCE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]    (BY MAIL)   I caused each such envelope, with postage thereon fully prepaid, to be sealed and placed in the United States mail at Santa Ana, CA. I am readily familiar with the practice of Ghidotti | Berger LLP for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the U.S. Postal Service the same day as it is placed for collection.

[ ]    (VIA NOTICE OF ELECTRONIC FILING (ECF)) Pursuant to controlling General Orders, the foregoing documents will be served by the Court via NEF and hyperlink to the document. On May 14, 2019, I checked the CM/ECF docket for this matter and determined that the following persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached service list.

[ ]    (BY FACSIMILE)    Ghidotti | Berger LLP transmitted the above-referenced document(s) by facsimile transmission on its facsimile machine, having telephone number of (949) 427-2732, on the date and time stated below and to the facsimile number specified on the attached service list. The transmission was reported as complete and without error.

[ ]    (BY OVERNIGHT DELIVERY)     I am readily familiar with the practice of Ghidotti | Berger LLP for the collection and processing of overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ]    (BY PERSONAL SERVICE) I caused the above-referenced documents to be personally served on the person(s) identified herein or on the attached service list.

[ ]    (STATE)      I declare under the penalties of perjury of the State of California that the above is true and correct of my personal knowledge.
////

////

[X]     (FEDERAL)   I declare that I am employed in the office of Ghidotti | Berger LLP and that Mr. Kristin A. Zilberstein is a member of the bar of this Court.

Executed on May 14, 2019, at Santa Ana, California.


*/s/ Leticia Ruiz*
Leticia Ruiz

2

**SERVICE LIST**

*Won Yong Ha, et al. v. US Bank National Association, et al.*
*Case No.: 2:19-cv-00492-RAJ*

| Won Yong Ha and Monica Young Ha<br>9419 Points Dr. NE<br>Clyde Hill, WA 98004 | PLAINTIFFS, IN PRO PER |
|---|---|