# UNITED STATES COURT
## WESTERN DISTRICT COURT OF WASHINGTON
### SEATTLE

In re:

WON YONG HA and MONICA YOUNG HA

                Plaintiff

vs.

US BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUE WATER INVESTMENT TRUST AND SELENE FINANCE LP AND FORECLOSURE TRUSTEE, MICHELLE R. GHIDOTTI, ESQ.

                Defendant.

CASE NO.: 2:19-cv-00492-RAJ

REPLY DECLARATION OF PLAINIFFS

OBJECTION TO DECLARATION OF NON-MONETARY STATUS OF DEFENDANT FORECLOSURE TRUSTEE, MICHELLE R. GHIDOTTI, ESQ.

Noted for 07/12/2019

COMES NOW: Plaintiffs Won Yong Ha and Monica Young Ha, aka Yong Hee Ha Yoo, here after Ha, and provides this declaration as a basis to tolled the 30 day response time as presented in Defendants Objection filed on 07/10/2019 Docket # 12.

I, Monica Yong declare under penalty of perjury under the laws of the State of Washington that the following is true and correct. I have personal knowledge of the facts stated here in.

On   I filed a chapter 13 bankruptcy Western District Bankruptcy Court case # 19-11844.  This was a emergency Bankruptcy filing. The Bankruptcy was dismissed on closed on June 25th 2019. The filing would stay and toll the time as to the 30-day response or is good cause. My Husband

REPLY DECLARATION  OF HA  1                      WON YONG HA AND MONICA YOUNG HA
                                                                       9419-Points Dr. NE
                                                                       Clyde Hill WA, 98004

and I have provided specific breach of the deed of trust act and the claims against trustee should be heard on merits of the case not by a late response or objection.

Fed. R. Civ. P. 6 (b) Extending Time. (1) <u>In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion</u> or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant filed their notice of non-monetary status on May 13th 2019 ( *before plaintiff opted in for ECF filing*) per court rules mailing time would add three days for postal delivery and the required one day to act so deadline would be June 17th 2019, Plaintiff response was made 8 days later for good cause the time to object should be extended and Plaintiffs response heard.

 Respectfully I ask the court at its discretion review our docket # 9 and 10 and based their ruling on the facts stated by Plaintiff, Ha responded on the same day the Bankruptcy dismissed and submitted a bona fide objection to non-monetary status.

 Sign this 15th day of <u>July</u> ,2019 at King County WA

 <u>*/s/Monica Young* **Ha**      </u>
Monica Young Ha
9419-Points Drive NE
Clyde Hill WA, 98004

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned a resident of the State of Washington, over the age of eighteen years and I have knowledge of the facts stated herein.

2. On July 15, 2019 I caused a copy of the foregoing Declaration reply to be served to the following parties to case by ECF notice.

Kristin A Zilberstein
LAW OFFICE OF ANGELA M MICHAEL
3100 NW BUCKLIN HILL ROAD
STE 206F
SILVERDALE, WA 98383
619-243-3921

Sign this 15th day of July at King county WA

 /s/*Monica Young Ha*
Monica Young Ha
9419-Points Drive NE
Clyde Hill WA, 98004